UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | No. 5:17-cr-00523 |
| : | No. 5:22-cv-04868 |
| JEROME DUGGAN, : | |
|     Defendant/Petitioner    : | |

**O R D E R**

**AND NOW,** this 5th day of June, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255, ECF No. 229, is **DENIED**.

2. The Amended Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255, ECF No. 240, is **DENIED and DISMISSED**.

3. There is no basis for a certificate of appealability.

4. The Clerk of Court shall **CLOSE** Case Nos. 5:22-cv-04868 and 5:17-cr-00523.


BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge