UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
:
v. : No. 5:17-cr-00523
:
JEROME DUGGAN, :
Defendant :

**O R D E R**

**AND NOW**, this 22nd day of October, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion for Relief from Judgment, ECF No. 250, is **DISMISSED**.

2. To the extent the Motion is construed as a successive petition under 28 U.S.C. § 2254, a certificate of appealability is **DENIED**.

3. This case remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge